**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE No. **1:25-cv-22038-KMW**

**JAN CARLOS PIMENTEL,**
*individually and on behalf*
*of all others similarly situated,*

Plaintiff,

vs.

**PATRIOT FINANCIAL SERVICES INC,**

Defendant(s).
_______________________________________/

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff Jan Carlos Pimentel, by and through undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby files this Notice of Voluntary Dismissal *without* Prejudice in the above styled action. Defendant Patriot Financial Services Inc. has not filed an answer or motion for summary judgment.

DATED: August 19, 2025

Respectfully Submitted,

/s/ Faaris K. Uddin .

**FAARIS K. UDDIN, ESQ.**
Florida Bar No.: 1054470
E-mail: faaris@jibraellaw.com
The Law Offices of Jibrael S. Hindi
1515 NE 26th St
Wilton Manors, FL 33305
Phone: (813) 340-8838

*COUNSEL FOR PLAINTIFF*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 19, 2025, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

Respectfully Submitted,

/s/ Faaris K. Uddin .
**FAARIS K. UDDIN, ESQ.**
Florida Bar No.: 1054470
E-mail: faaris@jibraellaw.com